IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PANSY BARNETTE RAY                                                                       PLAINTIFF

v.                                              CIVIL ACTION NO.: 3:16-cv-00161-GHD-JMV

TATE COUNTY SCHOOL DISTRICT                                 DEFENDANT

<u>ORDER OF RECUSAL</u>

The undersigned hereby recuses himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 21st day of July, 2016.

_____
SENIOR U.S. DISTRICT JUDGE